


**LAKE PLACID MARINE**

310 U.S. 27 South
Lake Placid, FL 33852
FAX (863) 465-9550
(863) 465-2335
lpmarine@embarqmail.com

# fax

**To:** John Lee                **From:** Alan or Deedie

**Fax:** 305-670-5011           **Pages:** 2 including cover page

**Phone:** 305-670-5000         **Date:** 10/1/15

**Re:** Peggy Starr             **CC:**

❏ Urgent   ❏ For Review   ❏ Please Comment   ❏ Please Reply   ❏ Please Recycle

# LAKE PLACID MARINE

YAMAHA Outboards
MERCURY
Sea-Doo
Evinrude Outboards
Johnson
Triton Boats
Bullitt
AXIS Wake Research
Swirl

310 U.S. 27 South
Lake Placid, FL 33852
(863) 465-2335 • FAX (863) 465-9550
lakeplacidmarine.com • info@lakeplacidmarine.com

**SALES ORDER**

DATE Sept 21 15     SALESMAN Jesse

NAME: The Masters Academy of Central Florida
MAILING ADDRESS: 1500 Lukas Lane
CITY/ST/ZIP: Oviedo FL 32765
PHYSICAL ADDRESS:
PH (H) 407 971 2221 (W) (M)
Email address:

| | | ITEM | YEAR | MAKE OR DESCRIPTION | FL NO. | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| NEW ☐ | USED ☒ | BOAT | 2001 | Seadoo Challenger 1800 | | US-CECFO576J001 |
| NEW ☐ | USED ☒ | MOTOR | 2001 | Mercury V6 EFI | | V6 #s |
| NEW ☐ | USED ☒ | TRAILER | 2001 | Karavan | | 350 lbs |

**OPTIONAL EQUIPMENT & ACCESSORIES**

| | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| TOTAL | |

NOTES: No tags
Paid in full check #005836
contract of $1149.00 owe $4300.00
check # 00691 - 9-22-2015

| | |
|---|---|
| TOTAL PURCHASE ABOVE | $ 6500 00 |
| OPTIONAL EQUIPMENT & ACCESSORIES | $ |
| TOTAL TRADE IN ALLOWANCE | < Used > |
| DEALER PREP FEE | $ |
| FREIGHT | $ |
| NET SALE | $ 6500 00 |
| COUNTY SALES TAX | $ |
| FL. SALES TAX | $ |
| TAG - TITLE - REGISTRATION | $ 89 00 |
| ADMIN. FEE | $ 60 00 |
| FL SOLID WASTE TAX $1.00 ea Tire/$1.50 Battery | < Used > |

TRADE VALUE

| CASH SALE PRICE | $ 6649 00 |
|---|---|
| Deposit | < > |
| Trade Pay-off | |
| **BALANCE DUE** | ACCEPTANCE |

Lien Holder Address:
Lien Amount:

Customer
Customer
Salesperson

DISCLAIMER OF WARRANTIES / fine print terms and conditions