

October 1, 2015

To: Peggy Starr

Re: Consignment Sale of Boat

The following boat has been for sale on a consignment basis since November 7, 2014 and has sold today for $6,500.

    Boat:    2001 Seadoo Challenger 1800
              VIN: CECF0576I001

| Your proceeds are as follows: | | |
|---|---|---:|
| | Boat Sold: | $ 6,500.00 |
| | Less 10% Commission: | -650.00 |
| | Less Repair Bill: | <u>-750.00</u> |
| | Total Proceeds: | $ 5,100.00 |