

**ORDERED in the Southern District of Florida on October 7, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-25472-RAM |
|---|---|
| PEGGY H. STARR | Chapter 7 |
| Debtor. | |

**ORDER GRANTING TRUSTEE'S EXPEDITED MOTION
(1) FOR AUTHORITY TO SELL THE ESTATE'S RIGHT, TITLE, AND
INTEREST IN PROPERTY *NUNC PRO TUNC* TO SEPTEMBER 21, 2015,
AND (2) FOR AUTHORITY TO PAY LAKE PLACID MARINE**

THIS CAUSE came before the Court on October 6, 2015 at 10:00 a.m., upon the *Trustee's Expedited Motion (1) for Authority to Sell the Estate's Right, Title, and Interest in Property Nunc Pro Tunc to September 21, 2015, and (2) for Authority to Pay Lake Placid Marine*,(the "Motion") [ECF No. 26]. The Court, having reviewed the Motion and being otherwise fully advised, finds good cause to grant the relief requested in the Motion. Accordingly, it is

ORDERED as follows:

1. The Motion is **GRANTED.**

2. The Trustee is authorized to sell the Debtor's 2001 Sea-Doo/BRP Boat, 2001 Mercury V6 Motor, and her 2001 Karavan (the "Property") to the Master's Academy of Central Florida, Inc. for $6,500.00 (the "Sale") free and clear of all liens, claims, and encumbrances, on an as-is, where-is basis, with no representations or warranties of any kind.

3. The Trustee is authorized to immediately pay the consignment seller, Lake Placid Marine's fees and costs (10% commission and $750 repair bill for a total of $1,400.00) associated with the sale of the Property from the Sale proceeds.

4. The Trustee is authorized to execute any and all documents he deems reasonable and necessary to effectuate the sale and transfer of the Property.

5. The Debtor is directed to immediately release the title(s) to Property to the Trustee and/or Lake Placid Marine.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

612110