IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

PEGGY H. STARR,   Case No.: 15-25472-RAM
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.
_____/

### HARBOR COMMUNITY BANK'S
### OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

Pursuant to Federal Rule of Bankruptcy Procedure 4003(b) and Bankruptcy Code § 522, Harbor Community Bank (the "Bank"), by and through its undersigned counsel, hereby objects on the following grounds to certain of the exemptions (the "Claimed Exemptions") scheduled by Peggy H. Starr (the "Debtor") in her "Schedule C" included among her schedules and statement of affairs (the "Schedules") [Doc. 1] in this chapter 7 bankruptcy case (this "Liquidation"):

**A.   Background Facts**

1.   On August 27, 2015, the Debtor filed her voluntary petition pursuant to Bankruptcy Code § 301, thereby initiating this Liquidation.

2.   The Bank is a creditor in this Liquidation, holding a claim in the approximate amount of $206,444.50 (the "Obligation"), evidenced by a series of loan, security, and perfection documents (collectively, the "Loan Documents"). The Loan Documents are a matter of record in this Liquidation in connection with the Bank's filing of a proof of claim [Claim No. 1] on or as of September 17, 2015. The Debtor has not objected to the Bank's claim.

3.   In the Schedules, the Debtor contends that the Obligation is undersecured, and opines that the Obligation is a joint unsecured debt of both the Debtor and Starrco Properties, Inc. with respect to the Obligation. The absence of a valuation under Bankruptcy Code § 506 or otherwise, notwithstanding, the Bank's current good faith estimate is that the value of the Collateral securing the Obligation covers approximately half the amount of the Obligation. Accordingly, the current deficiency is approximately

$103,222.25, noting nonetheless that the Bank is not capping or limiting the full scope of its in rem rights under the Loan Documents.

4. The first meeting of creditors in this Liquidation occurred on or as of September 29, 2015.

### B. Substantive Allegations

5. Among the Claimed Exemptions is a boat slip located at 14490 Vista River Drive, Fort Myers, Florida 33908 and related property valued at $80,000 (the "Boat Slip Asset"), claimed to be exempt. In support of the same, the Debtor cites the opinion in In re Monzon, 214 B.R. 38 (Bankr. S.D. Fla. 1997); however, although the facts, law, and holding of that authority may be relevant if not controlling to the Claimed Exemption at issue, the Bank lacks the information, documentation, and analysis necessary to confirm or refute the proposition that the Boat Slip Asset is exempt.

6. Among the Claimed Exemptions are a series of bank accounts (the "Bank Accounts"), claimed to be exempt. In support of the same, the Debtor cites the opinion in In re Monzon, 214 B.R. 38 (Bankr. S.D. Fla. 1997); however, although the facts, law, and holding of that authority may be relevant if not controlling to the Claimed Exemption at issue, the Bank lacks the information, documentation, and analysis necessary to confirm or refute the proposition that the Bank Accounts are exempt.

7. Among the Claimed Exemptions is a 1990 Hyundai 49 foot boat purchased in 2006, fully unencumbered, and related property valued at $100,000 (the "Boat"), claimed to be exempt. In support of the same, the Debtor cites the opinion in In re Monzon, 214 B.R. 38 (Bankr. S.D. Fla. 1997); however, although the facts, law, and holding of that authority may be relevant if not controlling to the Claimed Exemption at issue, the Bank lacks the information, documentation, and analysis necessary to confirm or refute the proposition that the Boat is exempt.

8. The Bank intends to conduct an examination of the Debtor under Federal Rule of Bankruptcy Procedure 2004 and obtain appropriate documentation to confirm whether or not the Boat Slip Asset, the Bank Accounts, and/or the Boat (collectively, the "Putatively Exempt Assets") are properly exempt under case law and other authorities articulating and applying Bankruptcy Code § 522(b)(2)(B); however, the absence even of information relating to the putative co-owner of the Putatively Exempt Assets

makes it impossible for the Bank to permit the deadline for objecting to claims of exemption to expire absent further appropriate due diligence or more complete and specific disclosures in amended and revised Schedules.  Moreover, the Bank reserves the right to file and voice such additional objections as appear to have merit when the Bank has conducted formal and informal discovery on point.

WHEREFORE, the Bank respectfully requests that, to the extent appropriate under the applicable law, the Court sustain these objections, disallow the Claimed Exemptions as to the Putatively Exempt Assets, require the Debtor to more specifically articulate the basis for these Claimed Exemptions, and provide for such other relief as is appropriate in the circumstances.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A)*

 /s/ John Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ALLISON C. DOUCETTE, ESQUIRE**
Florida Bar Number: 085577
adoucette@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida  33602
Telephone:  813/273-5616
Facsimile:  813/221-4113
Attorneys for the Harbor Community Bank

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the 27th day of October, 2015, to:

| | |
|---|---|
| Peggy H. Starr<br>819 Peacock Plaz, #556<br>Key West, Florida 33040<br>*Debtor* | Timothy S. Kingcade, Esq.<br>1370 Coral Way<br>Miami, Florida 33145<br>*Counsel for Debtor* |
| Ross R. Hartog<br>9130 S. Dadeland Blvd., #1800<br>Miami, Florida<br>*Trustee* | Office of the US Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, Florida 33130<br>*U.S. Trustee* |

L.B.R. 1007-2 Parties in Interest List

               /s/ John A. Anthony
               **ATTORNEY**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-25472-RAM<br>Southern District of Florida<br>Miami<br>Tue Oct 27 15:39:11 EDT 2015 | Harbor Community Bank<br>c/o Anthony & Partners, LLC<br>201 N. Franklin St., Suite 2800<br>Tampa, FL 33602-5816 | TD Bank, N.A.<br>c/o Allen R. Tomlinson, Esquire<br>Jones, Foster, et al.<br>PO Box 3475<br>West Palm Beach, FL 33402-3475 |
| Acs/slm Trust<br>Acs Education Serv<br>Utica, NY 13501 | Acs/wachovia Bank<br>Attn; Wachovia Education Finance<br>Po Box 7057<br>Utica, NY 13504-7057 | Allen R. Tomlinson, Esq<br>Po Box 3475<br>West Palm Beach, FL 33402-3475 |
| American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| Aurora Bank Fsb<br>601 5th Avenue<br>Scottsbluff, NE 69361-3581 | Aurora Loan Services<br>Attn: Bankruptcy Dept.<br>2617 College Park<br>Scottsbluff, NE 69361-2294 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank Of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062-5170 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 | Chase<br>Po Box 24696<br>Columbus, OH 43224-0696 |
| Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Checksystems<br>7805 Hudson Rd<br>Woodbury, MN 55125-1703 | Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 |
| Citi-shell<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank/shell Oil<br>Citibank/Citicorp Srvs Attn: Centralized<br>Po Box 790040<br>St Louis, MO 63179-0040 | Comenity Bank/vctrssec<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ditech.com/gmac Mortgage<br>Attn: Bankruptcy<br>1100 Virginia Dr<br>Fort Washington, PA 19034-3204 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>PO Box 2002<br>Allen, TX 75013-2002 | Florida Department Of Revenue<br>PO Box 6688<br>Tallahassee, FL 32314-6688 | Frank H Fee, IV, Esq<br>426 Avenue A<br>Fort Piece, FL 34950-4287 |
| Gecrb/jc Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Gmac Mortgage<br>3451 Hammond Ave<br>Waterloo, IA 50702-5300 | Habor Community Bank<br>120 U.S. Highway 27 South<br>Lake Placid, FL 33852-7917 |

| | | |
|---|---|---|
| Highlands Independent Bank<br>C/ P John C Shoop<br>2600 US Highway 24th North<br>Sebring, FL  33870 | Highlands Independent Bank<br>Main Office<br>2600 US Highway 27 N<br>Sebring, FL 33870-1871 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Scott R. LeConey, Esq<br>401 Dal Hall Boulevard<br>Lake Placid, FL 33852-5484 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| TD Bank, N.A.<br>c/o Allen R. Tomlinson, Esq.<br>Jones, Foster, et al.<br>PO Box 3475<br>West Palm Beach, FL 33402-3475 | Td Bank N.a.<br>1660 SW St Lucie W Blvd, 2nd Floor<br>Port Saint Lucie, FL 34986-1965 | Td Bank N.a.<br>2130 Centrepark West Drive<br>Palm Beach, FL 33409-6411 |
| Transunion<br>PO Box 1000<br>Chester, PA  19016-1000 | Visa Dept. Stores<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Visa Dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Wachov/ftu/wells Fargo<br>PO Box 31557<br>Mac B6955-01b<br>Billings, MT 59107-1557 | Wells Fargo<br>Wells Fargo Bank<br>Mac X2505-033 Pob 10438<br>Des Moines, IA  50306 | Wells Fargo Education Financial Services<br>Wells Fargo Bank<br>Mac X2505-033   Pob 10438<br>Des Moines, IA  50306 |
| Wf Efs<br>Po Box 13667<br>Sacramento, CA 95853-3667 | Wf Efs<br>Po Box 84712<br>Sioux Falls, SD 57118-4712 | Wf/wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 |
| Peggy H Starr<br>15271 McGregor BLVD #16 PMB 283<br>Ft Myers, FL 33908-1900 | Ross R Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156-7858 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1235 Old Alpharetta Rd<br>Alpharetta, GA  30005 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC  27410 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX  79998 |

```
Department Of The Treasury          Nationstar Mortgage Ll         (d)Nationstar Mortgage Llc
PO Box 21126                        350 Highland Dr                Attn: Bankruptcy
Philadelphia, PA  19114-0326        Lewisville, TX  75067          350 Highland Dr
                                                                   Lewisville, TX  75067
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                            End of Label Matrix
                                    Mailable recipients    53
                                    Bypassed recipients     1
                                    Total                  54
```