**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

In re:

**PEGGY H. STARR**  Case Number 15-25472-RAM
SSN XXX-XX-6679  Chapter 7

    Debtor.
_____/

**DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE**

Debtor, **PEGGY H. STARR**, by and through undersigned counsel, pursuant to 11 U.S.C. § 707, hereby files this *Motion to Dismiss Chapter 7 Case*, and avers:

1. **PEGGY H. STARR** (the "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on August 27, 2015.

2. Ross R. Hartog was appointed as the Chapter 7 Trustee.

3. The 341 Meeting of Creditors was held and concluded on September 28, 2015.

4. The Debtor would prefer to deal with her creditors outside of a Chapter 7 bankruptcy case.

5. The Debtor seeks an order dismissing the Chapter 7 case.

**WHEREFORE**, the Debtor seeks an order granting the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on November 5, 2015 via Regular U.S. Mail to all parties on the attached service list and via CM/ECF to all parties listed below.

- John A. Anthony on behalf of creditor Harbor Community Bank at efilings@anthonyandpartners.com and janthony@anthonyandpartners.com
- Ross R. Hartog at rhartog@mrthlaw.com, FL81@ecfcbis.com and rhartog@ecf.epiqsystems.com

Page 2 of 2. *In re Peggy H. Starr*
*Case No. 15-25472-BKC-RAM*

- John H. Lee on behalf of Ross R. Hartog at jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com and gruiz@mrthlaw.com
- Office of the United States Trustee at USTPRegion21.MM.ECF@usdoj.gov
- Allen R. Tomlinson, Esq. on behalf of creditor TD Bank, N.A. at atomlinson@jonesfoster.com and hgriffin@jonesfoster.com

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.INFO
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
x  Timothy S. Kingcade, Esq., FBN 082309
☐  Wendy Garcia, Esq., FBN 0865478
☐  Jessica L. McMaken, Esq., FBN 580163

```
Label Matrix for local noticing          Harbor Community Bank                    TD Bank, N.A.
113C-1                                   c/o Anthony & Partners, LLC              c/o Allen R. Tomlinson, Esquire
Case 15-25472-RAM                        201 N. Franklin St., Suite 2800          Jones, Foster, et al.
Southern District of Florida             Tampa, FL 33602-5816                     PO Box 3475
Miami                                                                             West Palm Beach, FL 33402-3475
Tue Oct  6 08:43:10 EDT 2015

Acs/slm Trust                            Acs/wachovia Bank                        Allen R. Tomlinson, Esq
Acs Education Serv                       Attn; Wachovia Education Finance         Po Box 3475
Utica, NY  13501                         Po Box 7057                              West Palm Beach, FL 33402-3475
                                         Utica, NY 13504-7057


American Express                         (p)AMERICAN HONDA FINANCE                Amex
PO Box 3001                              P O BOX 168088                           P.o. Box 981537
16 General Warren Blvd                   IRVING TX 75016-8088                     El Paso, TX 79998-1537
Malvern, PA 19355-1245


Aurora Bank Fsb                          Aurora Loan Services                     (p)BANK OF AMERICA
601 5th Avenue                           Attn: Bankruptcy Dept.                   PO BOX 982238
Scottsbluff, NE 69361-3581               2617 College Park                        EL PASO TX 79998-2238
                                         Scottsbluff, NE 69361-2294


Bank Of America                          Bk Of Amer                               Chase
Attn: Correspondence Unit/CA6-919-02-41  1800 Tapo Canyon Rd                      Po Box 24696
Po Box 5170                              Simi Valley, CA 93063-6712               Columbus, OH 43224-0696
Simi Valley, CA 93062-5170


Chase Card                               Checksystems                             Child Support Enforcemment
P.o. Box 15298                           7805 Hudson Rd                           PO Box 8030
Wilmington, DE 19850-5298                Woodbury, MN 55125-1703                  Tallahassee, FL  32314-8030


Citi-shell                               Citibank/shell Oil                       Comenity Bank/vctrssec
Po Box 6497                              Citibank/Citicorp Srvs Attn: Centralized 220 W Schrock Rd
Sioux Falls, SD 57117-6497               Po Box 790040                            Westerville, OH 43081-2873
                                         St Louis, MO 63179-0040


(p)INTERNAL REVENUE SERVICE              Ditech.com/gmac Mortgage                 Equifax
CENTRALIZED INSOLVENCY OPERATIONS        Attn: Bankruptcy                         PO Box 740241
PO BOX 7346                              1100 Virginia Dr                         Atlanta, GA  30374-0241
PHILADELPHIA PA 19101-7346               Fort Washington, PA 19034-3204


Experian                                 Florida Department Of Revenue            Frank H Fee, IV, Esq
PO Box 2002                              PO Box 6688                              426 Avenue A
Allen, TX  75013-2002                    Tallahassee, FL 32314-6688               Fort Piece, FL 34950-4287


Gecrb/jc Penny                           Gmac Mortgage                            Habor Community Bank
Attention:  Bankruptcy                   3451 Hammond Ave                         120 U.S. Highway 27 South
Po Box 103104                            Waterloo, IA 50702-5300                  Lake Placid, FL 33852-7917
Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| Highlands Independent Bank<br>C/ P John C Shoop<br>2600 US Highway 24th North<br>Sebring, FL  33870 | Highlands Independent Bank<br>Main Office<br>2600 US Highway 27 N<br>Sebring, FL 33870-1871 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Scott R. LeConey, Esq<br>401 Dal Hall Boulevard<br>Lake Placid, FL 33852-5484 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Td Bank N.a.<br>1660 SW St Lucie W Blvd, 2nd Floor<br>Port Saint Lucie, FL 34986-1965 | Td Bank N.a.<br>2130 Centrepark West Drive<br>Palm Beach, FL 33409-6411 | Transunion<br>PO Box 1000<br>Chester, PA  19016-1000 |
| Visa Dept. Stores<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Visa Dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 | Wachov/ftu/wells Fargo<br>PO Box 31557<br>Mac B6955-01b<br>Billings, MT 59107-1557 |
| Wells Fargo<br>Wells Fargo Bank<br>Mac X2505-033 Pob 10438<br>Des Moines, IA  50306 | Wells Fargo Education Financial Services<br>Wells Fargo Bank<br>Mac X2505-033   Pob 10438<br>Des Moines, IA  50306 | Wf Efs<br>Po Box 13667<br>Sacramento, CA 95853-3667 |
| Wf Efs<br>Po Box 84712<br>Sioux Falls, SD 57118-4712 | Wf/wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 | Peggy H Starr<br>819 Peacock Plaza #556<br>Key West, FL 33040-4255 |
| Ross R Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156-7858 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1235 Old Alpharetta Rd<br>Alpharetta, GA  30005 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC  27410 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX  79998 |

```
Department Of The Treasury          Nationstar Mortgage Ll          (d)Nationstar Mortgage Llc
PO Box 21126                         350 Highland Dr                 Attn: Bankruptcy
Philadelphia, PA  19114-0326         Lewisville, TX  75067           350 Highland Dr
                                                                     Lewisville, TX  75067
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                             End of Label Matrix
                                     Mailable recipients    52
                                     Bypassed recipients     1
                                     Total                  53
```