IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

PEGGY H. STARR,                                             Case No.: 15-25472-RAM
                                                            Chapter 7
    Debtor.
_____/

**HARBOR COMMUNITY BANK'S NOTICE OF
JOINDER IN DEBTOR'S MOTION TO DISMISS CHPATER 7 CASE**

    Harbor Community Bank (the "Bank"), by and through its undersigned counsel, hereby provides notice of its joinder in "Debtor's Motion to Dismiss Chapter 7 Case" [Doc. No. 44] filed on November 5, 2015, by Peggy H. Starr (the "Debtor"), seeking dismissal of this bankruptcy case (this "Liquidation"). The Bank is an interested party, with standing to appear and be heard, and the Bank hereby expresses its intent to communicate in a confidential setting, protected pursuant to the provisions of Florida Statutes §§ 44.406, 90.408, and 687.0304, as well as relevant provisions upon which the commercial lending relationship with the Debtor is based, in an effort to satisfactorily restructure the lending relationship between the Bank and the Debtor, so as to produce a fast, efficient, inexpensive, and mutually agreeable result.

    WHEREFORE, the Bank requests that this Court enter an order dismissing this Liquidation and provide such other relief as is necessary and proper.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A)*

 /s/ John Anthony                   
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**ALLISON C. DOUCETTE, ESQUIRE**
Florida Bar Number: 085577
adoucette@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida  33602
Telephone:  813/273-5616/
Facsimile:  813/221-4113
Attorneys for the Harbor Community Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the 12th day of November, 2015, to:

Peggy H. Starr
819 Peacock Plaza, #556
Key West, Florida 33040
*Debtor*

Timothy S. Kingcade, Esq.
1370 Coral Way
Miami, Florida 33145
*Counsel for Debtor*

Ross R. Hartog
9130 S. Dadeland Blvd., #1800
Miami, Florida
*Trustee*

Office of the US Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, Florida 33130
*U.S. Trustee*

L.B.R. 1007-2 Parties in Interest List

          /s/ John A. Anthony
          **ATTORNEY**