

**ORDERED in the Southern District of Florida on December 13, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-25472-RAM |
| PEGGY H. STARR | Chapter 7 |
| Debtor./ | |

### ORDER DENYING DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

THIS MATTER came before the Court upon the Debtor's *Motion to Dismiss Chapter 7 Case* (the "Motion") [ECF No. 44]. The Court, having reviewed the Motion and the record herein, having heard argument by the parties, noting the Trustee's and TD Bank's opposition to the Motion, and being otherwise fully advised in the premises, it is

**ORDERED** as follows**:**

1.      The Motion is **DENIED.**

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
635039