

**ORDERED in the Southern District of Florida on December 30, 2015.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
### www.flsb.uscourts.gov

In Re:

PEGGY H. STARR,    Case No.: 15-25472-RAM
                  Chapter 7

    Debtor.
_____/

### ORDER RESERVING RULING ON BANK OBJECTION [DOC. NO. 39]

THIS CASE came before the Court on "Harbor Community Bank's Objection to Debtor's Claim of Exemptions" (the "Bank Objection") [Doc. No. 39], filed by Harbor Community Bank (the "Bank"). The Court, having reviewed the Objection and the record herein, and being otherwise fully advised in the premises, it is

**ORDERED**:

1.    The Court hereby reserves ruling on the Bank Objection.

Submitted by:
John A. Anthony, Esquire
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602

Copies to:
John A. Anthony, Esquire

*Notice.*  Attorney, John A. Anthony, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.