IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

PEGGY H. STARR,                                         Case No.: 15-25472-RAM
                                                        Chapter 7
    Debtor.
_____/

**HARBOR COMMUNITY BANK'S RESPONSE TO
TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 1**

    Harbor Community Bank (the "Bank"), hereby responds as follows to "Trustee's Objection to Proof of Claim No. 1" (the "Objection") [Doc. 69], filed by Ross R. Hartog, Chapter 7 Trustee (the "Trustee") on February 25, 2016:

    1.    Peggy H. Starr (the "Debtor") is obligated to the Bank for a claim (the "Claim") pursuant to a series of loan and security documents first executed on or as of February 27, 2007 (collectively, the "Loan Documents").

    2.    The Claim is secured by land and improvements located at 110/112 W. Interlake Boulevard, Lake Placid, Florida 32852 (the "Collateral"). The Collateral is not property of the estate of the Debtor.

    3.    On August 27, 2015 (the "Petition Date"), the Debtor initiated this chapter 7 bankruptcy case (this "Bankruptcy Case").

    4.    On the Petition Date, the Debtor filed her Summary of Schedules [Doc. 1] (the "Schedules"). The Schedules reflect that the Collateral is not property of the estate of the Debtor and that Starrco Properties, Inc. is a co-obligor for the Claim.

    5.    On September 17, 2015, the Bank filed its Proof of Claim (the "Claim") [Claim No. 1], stating that the amount of the Bank's claim is $206,444.50.

    6.    The value of the Collateral had not been determined at the time that the Claim was filed. It has since been learned that the Collateral was foreclosed by a senior mortgage lienholder, T.D. Bank,

N.A., in the context of state court litigation previously pending in Highlands County Circuit Court. In the Claim, the Bank preserved entitlement to a determination in these regards to the extent consistent with the Loan Documents and Florida law. The Bank has not made an election of remedies, and attempted to allocate between secured and unsecured in the Claim equally in order to avoid the filing of a claim objection. However, given that the Collateral was foreclosed without the Bank receiving any recovery on account of its secured claim, the entire amount of the Claim should be treated as unsecured.

7. A proof of claim is prima facie evidence of its validity and amount. Fed. R. Bankr. P. 3001(f) (providing that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim"); see also In re Brickell Inv. Corp., 85 B.R. 164, 166 (Bankr. S.D. Fla. 1988). Thus, the Debtor bears the burden of proof of establishing that the claim is not valid. To the contrary, it is now apparent that the Claim is valid, and that the Collateral is of no worth to the Bank, such that the Claim should be augmented.

8. To the extent appropriate in light of the equities of this contested matter, this Court should overrule the Objection, and allow the Claim, as filed.

WHEREFORE, the Bank respectfully requests that the Court overrule the Objection, allowing the Claim as filed, and for such other and further relief that this Court determines necessary.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A)*

/s/ John Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: 813/273-5616
Facsimile: 813/221-4113
Attorneys for the Harbor Community Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by electronic means and/or U.S. first class mail on the 2nd day of March, 2016, to:

| | |
|---|---|
| Peggy H. Starr<br>819 Peacock Plaz, #556<br>Key West, Florida 33040<br>*Debtor* | Timothy S. Kingcade, Esq.<br>1370 Coral Way<br>Miami, Florida 33145<br>*Counsel for Debtor* |
| Ross R. Hartog<br>9130 S. Dadeland Blvd., #1800<br>Miami, Florida<br>*Trustee* | Office of the US Trustee<br>51 S.W. 1st Avenue, Suite 1204<br>Miami, Florida 33130<br>*U.S. Trustee* |

L.B.R. 1007-2 Parties in Interest List

                                                      /s/ John A. Anthony
                                                      **ATTORNEY**

Label Matrix for local noticing
113C-1
Case 15-25472-RAM
Southern District of Florida
Miami
Wed Mar  2 09:37:59 EST 2016

Harbor Community Bank
c/o Anthony & Partners, LLC
201 N. Franklin St., Suite 2800
Tampa, FL 33602-5816

TD Bank, N.A.
c/o Allen R. Tomlinson, Esquire
Jones, Foster, et al.
PO Box 3475
West Palm Beach, FL 33402-3475

Acs/slm Trust
Acs Education Serv
Utica, NY 13501

Acs/wachovia Bank
Attn; Wachovia Education Finance
Po Box 7057
Utica, NY 13504-7057

Allen R. Tomlinson, Esq
Po Box 3475
West Palm Beach, FL 33402-3475

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Amex
P.o. Box 981537
El Paso, TX 79998-1537

Aurora Bank Fsb
601 5th Avenue
Scottsbluff, NE 69361-3581

Aurora Loan Services
Attn: Bankruptcy Dept.
2617 College Park
Scottsbluff, NE 69361-2294

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank Of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170

Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Chase
Po Box 24696
Columbus, OH 43224-0696

Chase Card
P.o. Box 15298
Wilmington, DE 19850-5298

Checksystems
7805 Hudson Rd
Woodbury, MN 55125-1703

Child Support Enforcemment
PO Box 8030
Tallahassee, FL 32314-8030

Citi-shell
Po Box 6497
Sioux Falls, SD 57117-6497

Citibank/shell Oil
Citibank/Citicorp Srvs Attn: Centralized
Po Box 790040
St Louis, MO 63179-0040

Comenity Bank/vctrssec
220 W Schrock Rd
Westerville, OH 43081-2873

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Ditech.com/gmac Mortgage
Attn: Bankruptcy
1100 Virginia Dr
Fort Washington, PA 19034-3204

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Experian
PO Box 2002
Allen, TX 75013-2002

Florida Department Of Revenue
PO Box 6688
Tallahassee, FL 32314-6688

Frank H Fee, IV, Esq
426 Avenue A
Fort Piece, FL 34950-4287

Gecrb/jc Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702-5300

Habor Community Bank
120 U.S. Highway 27 South
Lake Placid, FL 33852-7917

| | | |
|---|---|---|
| Highlands Independent Bank<br>C/ P John C Shoop<br>2600 US Highway 24th North<br>Sebring, FL 33870 | Highlands Independent Bank<br>Main Office<br>2600 US Highway 27 N<br>Sebring, FL 33870-1871 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Office of the US Trustee<br>51 S.W. 1st Ave<br>Suite 1204<br>Miami, FL 33130-1614 |
| Scott R. LeConey, Esq<br>401 Dal Hall Boulevard<br>Lake Placid, FL 33852-5484 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| TD Bank, N.A.<br>c/o Allen R. Tomlinson, Esq.<br>Jones, Foster, et al.<br>PO Box 3475<br>West Palm Beach, FL 33402-3475 | Td Bank N.a.<br>1660 SW St Lucie W Blvd, 2nd Floor<br>Port Saint Lucie, FL 34986-1965 | Td Bank N.a.<br>2130 Centrepark West Drive<br>Palm Beach, FL 33409-6411 |
| Transunion<br>PO Box 1000<br>Chester, PA 19016-1000 | Visa Dept. Stores<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Visa Dsnb<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Wachov/ftu/wells Fargo<br>PO Box 31557<br>Mac B6955-01b<br>Billings, MT 59107-1557 | Wells Fargo<br>Wells Fargo Bank<br>Mac X2505-033 Pob 10438<br>Des Moines, IA 50306 | Wells Fargo Education Financial Services<br>Wells Fargo Bank<br>Mac X2505-033   Pob 10438<br>Des Moines, IA 50306 |
| Wf Efs<br>Po Box 13667<br>Sacramento, CA 95853-3667 | Wf Efs<br>Po Box 84712<br>Sioux Falls, SD 57118-4712 | Wf/wb<br>Po Box 3117<br>Winston Salem, NC 27102-3117 |
| Peggy H Starr<br>15271 McGregor BLVD #16 PMB 283<br>Ft Myers, FL 33908-1900 | Ross R Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156-7858 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>1235 Old Alpharetta Rd<br>Alpharetta, GA 30005 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |

| | | |
|---|---|---|
| Department Of The Treasury<br>PO Box 21126<br>Philadelphia, PA  19114-0326 | Nationstar Mortgage Ll<br>350 Highland Dr<br>Lewisville, TX  75067 | (d)Nationstar Mortgage Llc<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX  75067 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54