**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-25472-RAM |
| **PEGGY H. STARR** | Chapter 7 |
| Debtor./ | |

**TRUSTEE'S MOTION TO COMPEL**
**TURNOVER OF DOCUMENTS FROM DEBTOR**

Ross R. Hartog, the Chapter 7 Trustee (the "Trustee") for the estate of Peggy H. Starr (the "Debtor"), through undersigned counsel and pursuant to 11 U.S.C. §§ 521, 541 and 542 of the Bankruptcy Code, files this Motion to Compel Turnover of Documents from Debtor, (the "Motion"), and in support thereof, states as follows:

1.      The Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on August 27, 2015.

2.      Ross R. Hartog was subsequently appointed as the Chapter 7 Trustee.

3.      By e-mail dated February 3, 2015 (the "Document Request"), the Trustee requested information and documentation from the Debtor necessary for the proper administration of this Estate.  A true and correct copy of the Document Request is attached as Exhibit "A."

4.      Despite repeated requests via email, the Trustee has not received all of the information and documentation requested in the Document Request.

5.      The following documentation remains outstanding:

      i. Twenty four-months up through the Petition Date of account statements for the following bank accounts:

         1.  Bank of America account ending in x2714;

    2. Account ending in x9707;

    3. Account ending in x7306; and

    4. Account ending in x7093.

  ii. Twenty four-months up through the Petition Date for the following credit cards:

    1. Citicard credit card(s);

    2. Citibank credit card(s);

    3. Chase credit card(s);

    4. Bank of America credit card ending in x3178; and

    5. Bank of America credit card ending in x4694

6. Trustee's counsel has made a good faith effort to resolve this matter prior to filing this motion, but the Debtor has still not provided the documents responsive to the Document Request.

7. Moreover, 11 U.S.C. § 521(a)(3) requires a debtor to "... cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title;" and 11 U.S.C. § 521(a)(4) requires a debtor to "...  surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate..."

8. The Debtor's failure to turn over the information and documentation requested in the Document Request not only violates the Debtor's duties under 11 U.S.C. §§ 521(a)(3) and (4), but is severely prejudicing the Trustee's administration of this Estate. In addition, without the requested information and documentation, the Trustee is unable to determine the exact amount of the Debtor's over-exemption for settlement purposes.

2

9.    Accordingly, the Trustee requests this Court enter an Order compelling the Debtor to immediately turnover all missing information and documents sought in the Document Request.

**WHEREFORE**, Ross R. Hartog, as Chapter 7 Trustee of the Bankruptcy Estate of Peggy Starr, respectfully requests this Honorable Court enter an Order (1) granting the instant Motion; (2) directing the Debtor to immediately turnover all information and documentation previously requested in the Document Request; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served via U.S. Mail and/or electronically through the Court's CM/ECF to all parties registered to receive electronic noticing in this case as noted in the attached Service List on April 11, 2016.

Dated:  April 11, 2016

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

*In re Peggy H. Starr*
**Case No. 15-25472-RAM**
<u>Service List</u>

**15-25472-RAM Notice will be electronically mailed to:**

John A Anthony on behalf of Creditor Harbor Community Bank
efilings@anthonyandpartners.com, janthony@anthonyandpartners.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Timothy S Kingcade, Esq on behalf of Debtor Peggy H Starr
scanner@miamibankruptcy.com, kingcadeserve@bellsouth.net

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Allen R Tomlinson, Esq on behalf of Creditor TD Bank, N.A.
atomlinson@jonesfoster.com, rramey@jonesfoster.com

**15-25472-RAM Notice will be mailed to:**

**Peggy H Starr**
15271 McGregor BLVD #16 PMB 283
Ft Myers, FL 33908