**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **CASE NO.: 15-25472-RAM** |
| **PEGGY H. STARR** | **Chapter 7** |
| Debtor./ | |

**NOTICE OF FILING EXHIBIT "A"**

Ross R. Hartog, Chapter 7 Trustee, through undersigned counsel, files the attached

Exhibit "A", regarding and in support of the *Trustee's Motion to Compel Turnover of Documents*

*From Debtor* [ECF No. 77].

Dated: April 11, 2016            MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                               *Counsel to Chapter 7 Trustee*
                               9130 South Dadeland Boulevard, Suite 1800
                               Miami, FL 33156
                               Tel:  (305) 670-5000
                               Fax:  (305) 670-5011

                               By:  */s/ John H. Lee*
                                   John H. Lee
                                   Florida Bar No. 91795
655611                              jlee@mrthlaw.com

# Exhibit "A"

## John H. Lee

| | |
|---|---|
| **From:** | John H. Lee |
| **Sent:** | Wednesday, February 03, 2016 11:51 AM |
| **To:** | 'Alexandra Lopez'; Jessica McMaken |
| **Cc:** | Ross Hartog; Yvonne Candia |
| **Subject:** | RE: Peggy Starr; 15-25472 (document request) |

Good morning Jessica and Alex,

After review of the discovery looks like there is a little more to this case then I initially thought.  Please see the additional discovery request below:

1. For the Bank of America bank account ending in **x9525**:
    a. There are thousands of dollars being transferred in and out of two unscheduled bank accounts ending in **x7093** and **x6683**.  Please provide twenty-four months of account statements for these two bank accounts up to and including the Petition Date.
    b. There are numerous payments totaling many thousands of dollars to several credit cards.  Please provide account statements for a twenty-four month period up to and including the Petition Date for the following credit card accounts:
        i. Citicard credit card(s)
        ii. Citibank credit card(s)
        iii. Chase credit card(s)
        iv. Bank of America credit card ending in x3178
        v. Bank of America credit card ending in x4694
2. Please provide the June 10, 2014 through July 10, 2014 account statement for Bank of America accounts **x92525**, **x0803**, and **x8486**.
3. For Bank of America account ending in **x2714**:
    a. I am still missing statements - Please provide account statements from August 2013 up to and including the Petition Date.
4. With regards to the Capital Bank account ending in **x3108**:
    a. Please provide account statements from July 2, 2015 up through the Petition Date.
    b. There are transfers from an unscheduled account ending in **x9707**.  Please provide twenty-four months of account statements for this account up to and including the Petition Date.
5. With regards to Debtor's Capital Bank account ending in **x3106**, there are transactions to and from unknown accounts ending in **x9707** and **x7306.**  As previously requested, please provide 24 months of account statements up to the Petition Date for these accounts.
6. With regards to Starrco Properties, Inc., please provide the following financial information and documents:
    a. Last 4 years of tax returns
    b. Financials, profit/loss, balance sheets, etc.
    c. Any and all bank statements for Starrco's bank accounts including:
        i. For Bank of America account ending in **x6997**, please provide account statements from January 1, 2013 up through October 29, 2014.
7. With regards to "The Peggy H Starr Revocable Living Trust" listed on Schedule H, I am still missing:
    a. financial documents, bank statements, tax returns; and
    b. a schedule of all trust assets as indicated on the trust formation document.
8. With regards to the vehicle that the Debtor borrows, please provide the following documents for said vehicle: title, registration, financing agreement, and insurance.
9. With regards to the sale of the 106 Lime Road NE, Lake Placid property that occurred on or about June 9, 2014, please provide documentation showing what the Debtor immediately did with the sale proceeds.  For example, if these sale funds were deposited into a bank account immediately after the sale in June 2014, please provide the account statement showing this deposit.

Thanks,

John

---

**From:** Alexandra Lopez [mailto:alo@miamibankruptcy.com]
**Sent:** Monday, January 25, 2016 4:22 PM
**To:** John H. Lee <JLee@mrthlaw.com>; Jessica McMaken <jlm@miamibankruptcy.com>
**Cc:** Ross Hartog <RHartog@mrthlaw.com>; Yvonne Candia <YCandia@mrthlaw.com>
**Subject:** RE: Peggy Starr; 15-25472 (document request)

Yes.

Alexandra Lopez, Esq.
Kingcade, Garcia & McMaken
1370 Coral Way
Miami, FL 33145
Tel: (305) 285-9100
alo@miamibankruptcy.com

---

**From:** John H. Lee [mailto:JLee@mrthlaw.com]
**Sent:** Monday, January 25, 2016 4:16 PM
**To:** Alexandra Lopez; Jessica McMaken
**Cc:** Ross Hartog; Yvonne Candia
**Subject:** RE: Peggy Starr; 15-25472 (document request)

Thanks – while we wait for depo can I get another 30 day enlargement of deadlines?
Thanks.

John

---

**From:** John H. Lee
**Sent:** Wednesday, January 20, 2016 11:34 AM
**To:** 'Alexandra Lopez' <alo@miamibankruptcy.com>; Jessica McMaken <jlm@miamibankruptcy.com>
**Cc:** Ross Hartog <RHartog@mrthlaw.com>; Yvonne Candia <YCandia@mrthlaw.com>
**Subject:** RE: Peggy Starr; 15-25472 (document request)

2/18 at 10 am is good

---

**From:** Alexandra Lopez [mailto:alo@miamibankruptcy.com]
**Sent:** Monday, January 18, 2016 12:11 PM
**To:** John H. Lee <JLee@mrthlaw.com>; Jessica McMaken <jlm@miamibankruptcy.com>
**Cc:** Ross Hartog <RHartog@mrthlaw.com>; Yvonne Candia <YCandia@mrthlaw.com>
**Subject:** RE: Peggy Starr; 15-25472 (document request)

Hey John,

Do 2/17 or 2/18 work for you?

Alexandra Lopez, Esq.
Kingcade, Garcia & McMaken
1370 Coral Way